UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No.  2:25-cv-03147-TJH-DTB                          Date: August 8, 2025

Title:    *Daevon J. Taylor v. Los Angeles County Superior Court, et al.*

---

Present:  <u>The Honorable TERRY J. HATTER, U.S. District Judge</u>

| <u>V.R. Vallery</u> | <u>Not Reported</u> |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:              Attorneys Present for Respondents:
None Present                                    None Present

**Proceedings (In Chambers):**

  Petitioner failed to pay the filing fee or refile an *in forma pauperis* request corresponding to his custody status, as ordered on June 12, 2025.

  Accordingly, this action is **DISMISSED** without prejudice, and all other pending matters are **TERMINATED**.

  IT IS SO ORDERED.